IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DON BLANKENSHIP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-429 (LMB/IDD) |
| | ) |
| KEVIN MCLAUGHLIN, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated during a telephone conference held on the record with attorneys for all parties present, defendants' Motions to Dismiss [Dkt. 13, 15] are DENIED, and it is hereby ORDERED that defendants file answers to the Complaint by August 19, 2020.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 5th day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge