IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DON BLANKENSHIP, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) 1:20-cv-429 (LMB/IDD) |
| KEVIN MCLAUGHLIN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated during a telephone conference held on the record with attorneys for all parties present, Defendant Blakeman's Motion to Stay Further Proceedings Against Him [Dkt. No. 45] is GRANTED, and it is hereby

ORDERED that further proceedings in this action against defendant Bradley Blakeman are stayed pending disposition of his appeal; and it is further

ORDERED that John Does 1-50 be and are DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of September, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge